1

2

3

4

5                          **UNITED STATES DISTRICT COURT**

6                                **DISTRICT OF NEVADA**

7

8    NATHAN WILLIAMS,

9              Petitioner,                        3:17-cv-00365-HDM-WGC

10   vs.
                                                        **ORDER**
11   JOE GENTRY, *et al.*,

12             Respondents.

13   _____/

14

15          This action is a *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by

16   Nathan Williams, a Nevada prisoner.

17          On June 8, 2017, Williams filed an application to proceed *in forma pauperis* (ECF No. 1),

18   along with his habeas corpus petition (ECF No. 1-1, attached to application to proceed *in forma*

19   *pauperis*).  On June 20, 2017, the Court denied that application, because it was incomplete, in that it

20   did not include the required financial certificate, signed by an authorized prison officer (ECF No. 3).

21          On July 27, 2017, Williams filed the financial certificate in support of his application to

22   proceed *in forma pauperis* (ECF No. 4).  The Court will treat that filing, together with the material

23   Williams filed on June 8, 2017, as a renewed application for leave to proceed *in forma pauperis*.

24          The financial information provided by Williams indicates that he is unable to pay the filing

25   fee for this action.  Therefore, Williams' renewed *in forma pauperis* application will be granted, and

26   he will not be required to pay the filing fee.

The Court has reviewed Williams' petition, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The Court determines that Williams' petition merits service upon the respondents.

**IT IS THEREFORE ORDERED** that petitioner's renewed Application to Proceed *In Forma Pauperis* is **GRANTED**. Petitioner is granted leave to proceed *in forma pauperis*. Petitioner will not be required to pay the filing fee for this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall separately file the petition for writ of habeas corpus, which is attached to his original *in forma pauperis* application, at ECF No. 1-1

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall electronically serve upon respondents a copy of the petition for writ of habeas corpus, and a copy of this order.

**IT IS FURTHER ORDERED** that respondents shall have 60 days from the date on which the petition is served upon them to appear in this action, and to answer or otherwise respond to the petition.

**IT IS FURTHER ORDERED** that if respondents file an answer, petitioner shall have 60 days from the date on which the answer is served on him to file and serve a reply. If respondents file a motion to dismiss, petitioner shall have 60 days from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and respondents shall, thereafter, have 30 days to file a reply in support of the motion.

Dated this 1st day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE