# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATHAN WILLIAMS,

    Petitioner,                                  3:17-cv-00365-HDM-WGC

vs.

                                             **ORDER**

JOE GENTRY, *et al.*,

    Respondents.

_____/

This action is a *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Nathan Williams, a Nevada prisoner. Respondents were due to respond to Williams' habeas petition by October 2, 2017. *See* Order entered August 1, 2017 (ECF No. 5). On October 2, 2017, respondents filed a motion for extension of time (ECF No. 8), requesting a one-day extension of time, and on October 3, 2017, respondents filed a motion to dismiss (ECF No. 9).

In the motion for extension of time, respondents' counsel states that the one-day extension of time -- the only extension of time requested for this filing -- was necessary because of her obligations in other cases. The court finds that respondents' motion for extension of time was made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 8) is **GRANTED**. Respondents' motion to dismiss (ECF No. 9) will be treated as timely.

1    **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further
2 proceedings set forth in the order entered August 1, 2017 (ECF No. 5) will remain in effect
3 (Williams has until December 4, 2017, to file a response to the motion to dismiss).
4    Dated this 12th day of October, 2017.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE