UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NATHAN WILLIAMS,

    Petitioner,

vs.

JOE GENTRY, *et al.*,

    Respondents.

    3:17-cv-00365-HDM-WGC

**ORDER**

In this habeas corpus action, brought *pro se*, pursuant to 28 U.S.C. § 2254, by Nathan Williams, a Nevada prisoner, the respondents filed a motion to dismiss on October 3, 2017 (ECF No. 9). Williams' response to the motion to dismiss has been suspended, pending the resolution of a motion for production of documents that he filed on November 15, 2017 (ECF No. 16). *See* Order entered November 16, 2017 (ECF No. 17).

In his motion for production of documents, Williams requests that respondents be ordered to produce the following three documents:

- "Exhibit 94; Petition for Writ of Habeas Corpus (Post-Conviction), filed 8/16/16, Nevada Supreme Court, Case No. 71033;"

- "Order Denying Petition, Filed 10/13/16, Nevada Supreme Court, Case No. 71033 (Exhibit 95);" and

- "Exhibit 96; Notice in Lieu of Remittitur, Filed 11/07/16, Nevada Supreme Court Case No. 71033."

1 | Motion for Production of Documents, p. 1.  On December 5, 2017, the respondents filed a response
2 | to the motion for production of documents (ECF No. 19), and, with that response, respondents filed
3 | copies of the three documents requested by Williams.
4 |      As the three documents Williams requests have now been filed, and served upon Williams,
5 | Williams' motion for production of documents is moot, and it will be denied on that ground.  The
6 | Court will, therefore, set a deadline for Williams to respond to the motion to dismiss.
7 |      **IT IS THEREFORE ORDERED** that petitioner's Motion for Production of Documents
8 | (ECF No. 16) is **DENIED** as moot.
9 |      **IT IS FURTHER ORDERED** that petitioner will have 60 days from the date of this order to
10 | file a response to the motion to dismiss (ECF No. 9).  In all other respects, the schedule for further
11 | proceedings set forth in the order entered August 1, 2017 (ECF No. 5) will remain in effect
12 | (respondents will have 30 days to file a reply to Williams' response to the motion to dismiss).
13 |      Dated this 29th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE