UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHAN WILLIAMS,<br><br>    Petitioner,<br><br>  v.<br><br>JOE GENTRY, *et al.*,<br><br>    Respondents. | Case No. 3:17-cv-00365-HDM-WGC<br><br>ORDER |

In this habeas corpus action, the respondents filed a motion to dismiss on October 3, 2017 (ECF No. 9). The *pro se* petitioner, Nathan Williams, filed an opposition to the motion to dismiss on February 5, 2018 (ECF No. 21). Respondents' reply was then due on March 7, 2018. *See* Order entered August 1, 2017 (ECF No. 5) (30 days for reply).

On March 7, 2018, respondents filed a motion for extension of time (ECF No. 22), requesting a 44-day extension of time, to April 20, 2018. Respondents' counsel states that the extension of time is necessary on account of her time away from the office recently. The Court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

1

**IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 22) is **GRANTED**. Respondents will have until and including **April 20, 2018**, to file a reply in support of their motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered August 1, 2017 (ECF No. 5) will remain in effect.

DATED this 14th day of March, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE