# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

NATHAN WILLIAMS,

    Petitioner,

v.

BRIAN E. WILLIAMS, SR., *et al.*,

    Respondents.

Case No. 3:17-cv-00365-HDM-WGC

ORDER

In this habeas corpus action, on August 6, 2018, the Court ruled on the respondents' motion to dismiss, granting it in part and denying it in part, dismissing certain of the claims of the *pro se* petitioner, Nathan Williams, and ordering the respondents to file an answer responding to the remaining claims. *See* Order entered August 6, 2018 (ECF No. 26). Respondents' answer was due on November 5, 2018. *See id.*

On November 5, 2018, Respondents filed a motion for an extension of time (ECF No. 27), requesting a 45-day extension of time, to December 20, 2018, for the answer. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

The Court will grant the motion for extension of time. However, in light of the amount of time respondents will have had to xxx (xxx days), the Court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 27) is **GRANTED**. Respondents will have until December 20, 2018, to file their answer.

1

**IT IS FURTHER ORDERED** that, after the respondents file an answer, the petitioner will have 60 days to file a reply.

DATED THIS 6th day of November, 2018.

*Howard D. McKibben*
HOWARD D. McKIBBEN,
UNITED STATES DISTRICT JUDGE